IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA COROZZO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 4:18-cv-13 |
| | ) | |
| JUNGLE SOURCE, INC. | ) | *Removed from the Circuit Court* |
| | ) | *of Jackson County, Missouri,* |
| Defendant. | ) | *Case No.* 1716-CV29466 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Jungle Source, Inc. ("Jungle Source"), by and through its undersigned counsel, hereby gives notice of removal of this civil action from state court to the United States District Court for the Western District of Missouri, Western Division and states as follows:

1. This action was filed in the Circuit Court of Jackson County, Missouri, as Case No. 1716-CV29466, on or about December 5, 2017, and is pending in that court.

2. Pursuant to the state court Petition, Plaintiff seeks in this lawsuit to prosecute a claim for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, which is a consumer protection law created by and enforced through federal statutes of the United States. [Petition, ¶¶ 6-7.] Plaintiff does not purport to bring any claims under Missouri state law.

3. Consequently, the United States District Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331.

4. In addition, because Jackson County is geographically located in the Western District of Missouri, Western Division, this action is properly removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

5. Jungle Source is the only Defendant named in the action and consents to the removal. *See* 28 U.S.C. § 1446(b)(2)(A).

6. Jungle Source received a copy of the Summons and Petition on December 6, 2017. Jungle Source was served with a copy of the Summons and Petition on December 13, 2017. In accordance with 28 U.S.C. § 1446(a), true and correct copies of "all process, pleadings, and orders served" in the state court action, including the Summons and Petition delivered to Jungle Source, are attached hereto as <u>Exhibit A</u>.

7. As of this date, Jungle Source has not filed any responsive pleading in this action in the Circuit Court of Jackson County, Missouri.

8. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the Circuit Court for Jackson County. A copy of the notice to the state court clerk, without exhibits, is attached hereto as <u>Exhibit B</u>. A copy of the notice to Plaintiff will be filed in this case.

9. Jungle Source is filing this Notice of Removal with this Court in a timely manner, within thirty days of receipt by Jungle Source, "through service or otherwise, of a copy of the initial pleading."

**WHEREFORE**, Defendant, Jungle Source, Inc., hereby removes Case No. 1716-CV29466 from the Circuit Court of Jackson County, Missouri, to this Court, and prays that further proceedings be conducted in this Court as provided by law.

Dated this 5th day of January, 2018.

**DEWITT ROSS & STEVENS S.C.**

Scott M. Paler (WI Bar #1055473) *pro hac vice* forthcoming
John C. Gardner (WI Bar #1049890) *pro hac vice* forthcoming
Jordan Rohlfing (WI Bar #1088042) *pro hac vice* forthcoming
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
Tel: 608-255-8891
Fax: 608-252-9243
E-mail (Scott): sxp@dewittross.com
E-mail (John): jcg@dewittross.com
E-mail (Jordan): jxr@dewittross.com

**ARMSTRONG TEASDALE LLP**

By: /s/ Matthew D. Turner
David A. Jermann (MO Bar # 51389)
Matthew D. Turner (MO Bar # 48031)
3405 West Truman Boulevard, Suite 210
Jefferson City, MO 65109
Tel: 573-634-7146
Fax: 573-636-8457
E-Mail (David): djermann@armstrongteasdale.com
E-Mail (Matthew): mturner@armstrongteasdale.com

**ATTORNEYS FOR DEFENDANT, JUNGLE SOURCE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, the foregoing was filed electronically with the Clerk of Court and served via the Court's CM/ECF system and also by U.S. mail, postage prepaid, on the following:

Charles Jason Brown, Esq.
Jayson A. Watkins, Esq.
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, MO 64454

/s/ Matthew D. Turner
Matthew D. Turner